UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| **LEE'S FORD DOCK, INC.,** | **CIVIL ACTION NO. 6:19-194-KKC** |
|     **Plaintiff,** | |
| **V.** | **ORDER** |
| **THE CINCINNATI INSURANCE COMPANY,** | |
|     **Defendant.** | |

This matter having come before the Court by a Notice of Dismissal with prejudice [DE 41],

IT IS HEREBY ORDERED:

1.      Pending motions in the case are hereby deemed **MOOT**.

2.      All pending deadlines are considered **SET ASIDE.**

3.      This action shall be and hereby is dismissed with prejudice and shall be **STRICKEN FROM THE ACTIVE DOCKET.**

Dated August 13, 2020

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY